# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2013

## NO. 03-13-00067-CR

**Allen Ray McKinzy, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error requiring reversal in the trial court's judgment of conviction: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's judgment of conviction is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.